IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DONNIE WADE HARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 624-078 |
| | ) | |
| DR. WOODS; DR. BRADFORD; NURSE SPIDNER; and WARDEN MIERS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Statesboro Division of the Southern District of Georgia even though the actions complained of were allegedly taken against Plaintiff by Defendants while he was housed at Autry State Prison located in Pelham, Georgia. As Pelham is located in Mitchell County in the Middle District of Georgia, the proper venue is the Albany Division of that District Court. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Albany Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. Plaintiff should be aware that all future filings in this case, including the response to the December 20, 2024 deficiency notice, should be made with the Clerk, U.S. District Court, 201 West Broad Avenue, Albany, Georgia 31701.

SO ORDERED this 20th day of December, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA