**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| DONNIE WADE HARRELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CV-00199 (WLS-AGH) |
| | : | |
| WOODS, *et al.*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is a Recommendation (Doc. 30) from United States Magistrate Judge Amelia G. Helmick. In it, Judge Helmick recommends that Defendant's Motion to Dismiss (Doc. 21) and Motion for Ruling (Doc. 29) be granted. (Doc. 30).

The Recommendation, filed on July 21, 2026, gave Harrell 14 days to object but he did not. Therefore, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Helmick's Recommendation. The Recommendation (Doc. 30) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated in it. Hence Harrell's Complaint is **DISMISSED**, with prejudice.

**SO ORDERED**, this 10th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**