IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DONNIE WADE HARRELL, *

Plaintiff, *

v. Case No. 1:24-CV-199 (WLS-AGH)
*

WOODS, et al.,
*

Defendants.
*

**JUDGMENT**

Pursuant to this Court's Order dated August 10, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of August, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk